## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **HARRY SWALES, COREY LILLY, AND** | **PLAINTIFFS** |
| **KYLE SHETTLES ON BEHALF OF THEMSELVES** | |
| **AND ALL OTHERS SIMILARLY SITUATED** | |
| | |
| **VS.** | **CIVIL ACTION NO. 3:17-CV-490-DPJ-FKB** |
| | |
| **KLLM TRANSPORT SERVICES, LLC** | |
| **and DOES 1-25** | **DEFENDANTS** |

*CONSOLIDATED FOR*
*DISCOVERY WITH:*

| | |
|---|---|
| **MARCUS BRENT JOWERS, AND** | **PLAINTIFFS** |
| **OTHERS SIMILARLY SITUATED** | |
| | |
| **VS.** | **CIVIL ACTION NO.: 3:17-CV-517-DPJ-FKB** |
| | |
| **KLLM TRANSPORT SERVICES, LLC** | **DEFENDANT** |

## ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES

There came on for consideration before this Court, the Motion of Defendant, KLLM Transport Services, LLC, to consolidate the *Harry Swales, Corey Lilly, and Kyle Shettles, on Behalf of Themselves and All Others Similarly Situated*, Civil Action No. 3:17-CV-490-DPJ-FKB ("Swales") and *Marcus Brent Jowers, and Others Similarly Situated*, Civil Action No. 3:17-CV-517-DPJ-FKB ("Jowers") for discovery purposes.

The Court, being fully advised in the premises and finding that counsel for all parties agree to the consolidation, finds that the motion is well-taken and should be GRANTED.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Jowers matter will be consolidated into the Swales matter for discovery purposes as of the date of this Order.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that all discovery filings in either matter shall be filed in the *Swales* case moving forward.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that any party may later file a motion to un-consolidate the matters or for any other relief.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE