UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **COREY LILLY, KYLE SHETTLES, and JOHN MCGEE on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KLLM TRANSPORT SERVICES, LLC, and DOES 1-25**<br><br>**Defendants.**<br><br>*CONSOLIDATED FOR PURPOSES OF DISCOVERY WITH:*<br><br>**MARCUS BRENT JOWERS, and others similarly situated**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KLLM TRANSPORT SERVICES, LLC**<br><br>**Defendant.** | **Civil Action No.: 3:17-CV-490 DPJ-FKB**<br><br>*Consolidated for discovery with:*<br><br>**Civil Action No.: 3:17-CV-517 DPJ-FKB** |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties in each of the consolidated cases. The Court has been advised this matter was settled on June 16, 2021, during a settlement conference with United States Magistrate Judge F. Keith Ball. The Court having considered the Motion to Dismiss and the representations made therein concludes the Joint Motion to Dismiss with Prejudice should be granted.

IT IS THERFORE ORDERED that all claims brought by Plaintiffs Corey Lilly, Kyle

Shettles, John McGee, and Marcus Brent Jowers along with parties who have filed opt-in

notices, Charles Hallmark, James Johnson, Colton Miller, Donald Tillman, Sonya Carroll,

Marcus Moore and De-Antonio Watson  (collectively "Plaintiffs") shall be dismissed with

Prejudice.  This Order is a Final Judgment of Dismissal with Prejudice of both **3:17-CV-490**

and **3:17-CV-517.**

The Court will retain jurisdiction over the settlement of this matter.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE


**Submitted by:**

Clark Monroe (MSB #9810)
Christopher G. Dunnells (MSB #105029)
DunbarMonroe, PLLC
270 Trace Colony Park
Ridgeland, MS  39157
*Attorneys for Defendant*
*KLLM Transport Services, LLC*

**Agreed to by:**

Joshua H. Haffner (adm. *pro hac vice*)
Haffner Law PC
445 S. Figueroa Street, Ste. 2625
Los Angeles, CA 90071
*Attorneys for Plaintiff Marcus Brent Jowers*


Danielle L. Perry (adm. *pro hac vice*)
5101 Wisconsin Ave NW, Ste. 305
 Washington, D.C. 20016
 *Attorneys for Plaintiffs Corey Lilly,*
*Kyle Shettles, John McGee along with Opt-In Plaintiffs Charles Hallmark, James Johnson,*
*Colton Miller, Donald Tillman, Sonya Carroll, Marcus Moore and De-Antonio Watson*